UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CONTRELL DEANDRE CODY,

    Plaintiff,

v.       CAUSE NO. 3:21-CV-73 DRL-MGG

MITCH DANIELS *et al.*,

    Defendants.

## ORDER

Contrell Deandre Cody, a prisoner without a lawyer, was granted until March 5, 2021 to resolve his filing fee status. ECF 6. He was cautioned that if he failed to respond by the deadline, this case would be dismissed without further notice. To date, Mr. Cody has not responded. It appears he has abandoned this case.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

March 29, 2021            *s/ Damon R. Leichty*
                                          Judge, United States District Court